IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

LEVI BAKER, )
Plaintiff, )
)
v. )  CASE NO. 3:12-CV-000456-MHT-TFM
)
ZARZAUR & SCHWARTZ, et al, )
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Levi Baker__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party
_____         _____
_____         _____
_____         _____
_____         _____

_____
Date

/s/ Nick Wooten
(Signature)

Nick Wooten
(Counsel's Name)

Levi Baker
Counsel for (print names of all parties)

PO Box 3389
Auburn, Alabama 36831
Address, City, State Zip Code

(334) 887-3000
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Eastern_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Nicholas Wooten_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail and ECF_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __14th____ day of __June_____ 20_12_, to:

Naomi Ivker Zarzaur & Schwartz, P.C. PO Box 11366 Birmingham, Alabama 35202 (205) 250-8437 ZS file number: 11-7346

As counsel for all defendants in this action

6/14/2012                                            /s/ Nick Wooten
Date                                                 Signature